Carter, a.

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-9-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

KELVIN GARCIA,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, New York City Police Department Officer ("P.O.") P.O. EDGARDO ORTIZ (Shield No. 12349) and P.O. MATTHEW ESCUDERO, (Shield No. 26192), in their individual capacities,

                              Defendants.

--------------------------------------------------------------- X

**STIPULATION AND ORDER OF DISMISSAL**

14CV7763 (ALC)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
Feb 9, 2016

| | |
|---|---|
| RANKIN & TAYLOR<br>*Attorneys for Plaintiff*<br>11 Park Place, Suite 914<br>New York, New York 10007<br>(212) 226-4507 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,<br>Ortiz, and Escudero*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>David Rankin<br>*Attorney for Plaintiff* | By: _____<br>Rhiana Swartz<br>*Senior Counsel* |

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 9, 2016